U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| KEVIN MORRIS<br>    LA. DOC #352802<br>VS. | CIVIL ACTION NO. 5:15-cv-0206<br><br>SECTION P |
| LOUISIANA DEPT. OF PUBLIC<br>SAFETY AND CORRECTIONS;<br>WARDEN RED RIVER PARISH<br>JAIL | JUDGE STAGG<br><br>MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 30th day of April, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE